SARAH TURNER, Individually and as Executrix of CHARLES C. TURNER, Deceased, Appellant and Respondent, *v.* HYGIENE WATERPROOFING COMPANY, INC., et al., Respondents and Appellants, Impleaded with Others.

Argued October 3, 1939; decided October 17, 1939.

*Saul L. Harris, Louis Witlin* and *Raymond Zeitz* for plaintiff, appellant and respondent.

*Otho S. Bowling* for defendants, respondents and appellants.

Judgment affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.